UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DOREN L. LEMONS,

        Plaintiff,

v.                                  CASE NO.: 8:05-cv-679-T-MAP

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.
_____/

## ORDER

      This cause is before the Court on Plaintiff's petition for attorney's fees (doc. 42).

Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), Plaintiff seeks

attorney's fees in the amount of $3,711.11.  On June 21, 2012, I entered an order (doc. 40)

reversing the Commissioner's decision and remanding the case for further proceedings.  And

on the same day judgment was entered in favor of the Plaintiff (doc. 41).  Thus, a final

judgment was rendered in this action and the Plaintiff is the prevailing party.  Plaintiff now

requests that, if the United States Department of the Treasury determines Plaintiff does not

owe a federal debt, the government will accept Plaintiff's Assignment of EAJA fees and pay

fees directly to Plaintiff's attorney.   The Commissioner does not oppose the Plaintiff's

request. Accordingly, it is hereby

      ORDERED:

      1.     Plaintiff's petition for attorney's fees pursuant to the EAJA (doc. 42) is

            granted.

2.      Plaintiff is awarded fees in the amount of $3,711.11.  The fees shall be made

payable to Plaintiff and delivered to Plaintiff's counsel unless the United

States Department of the Treasury determines Plaintiff does not owe a federal

debt, in which case the fees shall be made payable to Plaintiff's counsel in

accordance with Plaintiff's assignment of EAJA fees.

DONE AND ORDERED at Tampa, Florida on August 27, 2012.

MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

cc:          Counsel of Record

2